Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED BY _____ D.C.

~~Susan Sherri Sawers~~

JAN 09 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

)
)
)
)

Michael Grant

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Jose A Moreno, Nereyda Suazo, Lazaro Suazo,
See Attached
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name               Michael Grant
Street Address     2524 SE 16th Rd
City and County    Homestead
State and Zip Code FL   33035
Telephone Number   954. 204. 7038
E-mail Address

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

 Name       Jose Aurelio Moreno

 Job or Title *(if known)*

 Street Address     27573 sw 139th Psg (Passage)

 City and County    Homestead

 State and Zip Code   FL   33032

 Telephone Number   305 - 890 - 8131

 E-mail Address *(if known)*

**Defendant No. 2**

 Name       Nereyda Suazo

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

**Defendant No. 3**

 Name       Lazaro Suazo

 Job or Title *(if known)*

 Street Address

 City and County    Miami Dade

 State and Zip Code   FL

 Telephone Number

 E-mail Address *(if known)*

**Defendant No. 4**

 Name       Sergio Suazo

 Job or Title *(if known)*

 Street Address

 City and County

 State and Zip Code

 Telephone Number

 E-mail Address *(if known)*

See Attached

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____0.43_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:   $1000

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: ___1/9/26___

_____
*Applicant's signature*

Michael Grant
_____
*Printed name*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

   b.  If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under

    the laws of the State of *(name)* _____, and has its

    principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

-violation of human rights, Abuse of basic human rights. Also free -will

Jose Aurelio Moreno via illegal remote monitoring or v2k, Stalking Death Threats Electromagnetic Radiation

Nereyda Suazo annicleze Suazo Juan Santos

Lazaro Suazo Daylene Suazo Kenneth Okpfor

Sergio Suazo  Mercy Diaz

Haydee Suazo Yurema Arrue Miracle Scott

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Physical (Medical discharge papers), kidney, brain, Heart, Liver, skull, Lung

Legal (court docs

Permanent brain damage, kidney failure, Lung Cancer, Liver Cirrosis

Heart damage, Loss of muscle fetal structure, Loss of muscle

emotional distress (Severe) Thyroid cancer, DVT (Deep Vein Thrombosis)

.P.E. (Pulmonary Embolism). Electromagnetic Radiation

(Car damage

Hay dec Suazo

Additional
Defendants

- Sergio Suazo
- Annaliese Suazo
- Dayrene Suazo
- Mercy Diaz
- Yurema Arrue
- Abner Zelaya
- Xavier Hernandez
- Jameliyah.Hall
- Charles (Jameliyah's brother)
- Pastor "Brian Dennis
- Stephen Gilmore (Transitions Inc.)
- Juan De lo Santos
- Kenneth Okafor
- Miracle Scott
- Lever Ewing
- Tammy Ewing
- Ernesto Grant
- Divina Grant
- ~~Maria Narvaez~~
- Scott Belafonte
- Maurice Gilchrist
- Diana De losSantes "Amara"
- Tanashati Gray
- Ricka Cepoudy
- Mauritzio Zelayacoco
- Janay Greene
- Magda Derisma (ex-girlfriend)
- Lourdes Pastor
- Gwendolyn Reed
- Jonathan Schettinni

- Elias Talavera
- Samuel Talavera
- Maria Talavera
- Anthony Suazo
- ~~Yvenide Baptiste~~
- Patrick Derisma
- Jahily Moreno (Jayden sister)
- ~~Sh~~ Krisanie Pesante
- Kareen Smith
- Kareem Jaber
- Juliana Capela
- Bruno Santander
- Juan Arango
- Verdi (LDS church Homestead)  296th st. Avocado rd
- Myron Renfroe
- Michael Robinson
- Rori Endick
- Connie Endick
- Cris Frankel